FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 OCT 14 AM 11: 41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

PRECISION TECHNOLOGY CENTER LIMITED LLC
a Delaware corporation,
PRECISION TECHNOLOGY CENTER GMBH
an Austrian corporation                                    Case No: 99-643-CV-18-C
FONON TECHNOLOGY LIMITED
a British corporation,
FONON INTERNATIONAL, S.A.
Panama Corporation,
and DIMITRI NIKITIN

    Plaintiffs,

vs.

ACCUDYNE CORPORATION,
a Florida corporation,
U.S. DISPLAY CONSORTIUM,
a California corporation and
JAMES D. LAWSON,

    Defendants.
_____/

## MOTION TO COMPEL

COME NOW the Plaintiffs, PRECISION TECHNOLOGY CENTER LIMITED LLC, PRECISION TECHNOLOGY CENTER GMBH, FONON TECHNOLOGY LIMITED, FONON INTERNATIONAL, S.A. and DIMITRI NIKITIN, by and through their undersigned counsel, and files this Motion to Compel to Response to Request for Production of Documents from Defendant, ACCUDYNE CORPORATION.

1. On or about August 18th, 1999, Request for Production of Documents was served upon the Defendant, by service on its counsel.

13

2. The Defendant has made no response to said Request, in the time limit required by the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs pray that this Court order the Defendant to respond to the above described discovery, and award attorneys fees, costs and such other and further relief as this Court deems appropriate.

Dated this 13 day of October, 1999.

           LaVigne, Coton & Associates, P.A.

           By:_____
           James R. LaVigne, Esq.
           5301 Conroy Road
           Suite 140
           Orlando, Florida 32811
           (407) 316-9988
           (407) 316-8820 fax
           Florida Bar No: 200581

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail Delivery this 13 day of October, 1999 to Vincent G. Torpy, Jr., Esq., Frese, Nash & Torpy, P.A., 930 S. Harbor City Boulevard, Suite 505, Melbourne, Florida 32901 and to Dave Dolkas, Esq., Gray, Cary, Ware & Friedenrich, P.A., 3340 Hillview Avenue, Palo Alto, California 94304

           _____
           James R. LaVigne, Esquire